United States District Court
Southern District of Texas

**ENTERED**

May 21, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

**NIZAR ALI** (1)
**NAEEM ALI** (2)
**ISHAN DHUKA** (3)
**SAHIL KAROVALIA** (4)
**SAYED ALI** (5)
**AMER KHAN** (6)
**SARFAREZ MAREDIA** (7)
**ANABEL ELOISA GUEVARRA** (8)
**PRECELA SOLIS** (9)
**STEPHANIE HUERTA** (10)
**MARIA DELAROSA** (11)
**YOLANDA FIGUEROA** (12)
**CLAUDIA CALDERON** (13)
**VIVIANA ALVARADO** (14)
**LUCIA HERNANDEZ** (15)
**SHOAIB MAREDIA** (16)

CRIMINAL NO.: 4:25-cr-131

## ORDER ON AGREED MOTION TO DESIGNATE
## CASE AS COMPLEX AND FOR CONTINUANCE

On this day, the Court considered the Agreed Motion to Designate the Case as Complex and for Continuance under 18 U.S.C. § 3161(h)(7)(B)(ii), which constitutes excludable time under the Speedy Trial Act. After considering the Motion, any response, and arguments of counsel, the Motion is **HEREBY GRANTED**.

Accordingly, **IT IS ORDERED** that the above-styled and numbered cause is certified as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and the deadlines in the Scheduling Order issued previously are continued, and a revised Scheduling Order shall issue.

Dated this 21st day of May 2025.



HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE